UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

# JUDGMENT IN A CIVIL CASE

**DAVID QUINN**

           **V.**         **CASE NUMBER: 6:03-CV-1339(FJS/DRH)**

**COMMISSIONER OF SOCIAL SECURITY**

[ ]     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[XX]     **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of defendant against plaintiff, affirming the Secretary's final decision and dismissing the complain, pursuant to the Memorandum-Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on June 30, 2006.

DATED:     June 30, 2006

                                                                 Clerk of Court

LKB:lmp